UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                                            Chapter 7

REVOLATE HOLDINGS LLC, *et al*.,          Case No. 13-13110 (CGM)
                                                                          (Jointly Administered)

                   Debtors.
------------------------------------------------------------X

**NOTICE OF ENTRY OF ORDER AUTHORIZING AND APPROVING A PUBLIC AUCTION SALE OF THE INTEREST OF THE ESTATE OF REVOLATE HOLDINGS LLC IN LIPMAN JWALK HOLDING LLC FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, IF ANY, AND GRANTING RELATED RELIEF**

       **PLEASE TAKE NOTICE**, that the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered an Order dated February ___, 2014 [Docket No. ___] authorizing and approving a public auction sale (the "Public Sale") of the right, title and interest of the estate of Revolate Holdings LLC in Lipman JWalk Holding LLC "as is" and "where is," free and clear of all liens, claims, encumbrances and interests, if any, with such liens, claims, encumbrances and interests to attach to the net proceeds of sale, but subject to higher or better offers.

       **PLEASE TAKE FURTHER NOTICE**, that the Public Sale is scheduled as follows:

**February 27, 2014 at 10:00 a.m.
In Courtroom 610 at the United States Bankruptcy Court,
One Bowling Green, New York, New York**

       All inquiries with respect to the Public Sale, including the Bidding Procedures, and with respect to this Notice, should be directed to:

                                    LaMonica Herbst & Maniscalco, LLP
                                    3305 Jerusalem Avenue, Suite 201
                                        Wantagh, New York 11793
                                               (516) 826-6500
                                        Attn: Gary F. Herbst, Esq.

Dated: New York, New York
            _____, 2014

                                                       By Order of the Bankruptcy Court
                                                       The Honorable Cecelia G. Morris
                                                       Chief United States Bankruptcy Judge
                                                       United States Bankruptcy Court
                                                       Southern District of New York
                                                       One Bowling Green
                                                       New York, New York 10004-1408